UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEY BENEFIT ADMINISTRATORS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-02051-JMS-MPB |
| ) | |
| TELADOC, INC., ) | |
| HY HOLDINGS, INC. ) | |
|   d/b/a HEALTHIEST YOU, ) | |
| ) | |
| Defendants. ) | |

## ENTRY

The parties have advised the Court that they have resolved the issues raised in the Motion for Temporary Restraining Order and Preliminary Injunction, [12], and the Motion for Expedited Discovery, [14]. A Motion to Withdraw these motions will be forthcoming. Accordingly, the July 9, 2018 telephonic status conference before Magistrate Judge Brookman and the July 9, 2018 motions hearing before Chief Judge Magnus-Stinson are **VACATED**. The case will proceed based on the Amended Complaint.

Date: 7/9/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Matthew Thomas Albaugh
FAEGRE BAKER DANIELS LLP (Indianapolis)
matthew.albaugh@faegrebd.com

Amy Grewal Dunn
FAEGRE BAKER DANIELS LLP (Indianapolis)
amy.dunn@FaegreBD.com

David K. Herzog
FAEGRE BAKER DANIELS LLP (Indianapolis)
david.herzog@faegrebd.com

Joel Thaddeus Larson, Jr.
BARNES & THORNBURG, LLP (Indianapolis)
Joel.Larson@btlaw.com

Jessica M. Lindemann
BARNES & THORNBURG, LLP (Indianapolis)
jessica.lindemann@btlaw.com

Meredith Thornburgh White
BARNES & THORNBURG, LLP (Indianapolis)
mwhite@btlaw.com