UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEY BENEFIT ADMINISTRATORS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-2051-JMS-MPB |
| TELADOC, INC. and HY HOLDINGS, INC. d/b/a HEALTHIEST YOU | ) ) ) ) | |
| Defendants. | ) ) | |

### INDEX OF EXHIBITS IN SUPPORT OF TELADOC'S OPPOSITION TO KEY BENEFIT ADMINISTRATORS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Defendants Teladoc, Inc. and HY Holdings, Inc. d/b/a Healthiest You (collectively "Teladoc"), by and through their attorneys, respectfully submit this Index containing Tabs 1 through 9, inclusive, consisting of evidence cited in support of their Opposition to Key Benefit Administrators' Motion for Leave to File a Second Amended Complaint. The following materials are provided:

**Description** **Tab**

M. White 7/6/2018 Letter to D. Herzog ...................................................................................... 1

M. Albaugh 7/6/2018 Email to M. White ................................................................................. 2

M. White 7/7/2018 Letter to M. Albaugh ................................................................................. 3

M. Albaugh's 7/8/2018 Email to M. White .............................................................................. 4

M. White's 7/8/2018 Email to M. Albaugh .............................................................................. 5

M. Albaugh's First 7/9/2018 Email to M. White ...................................................................... 6

M. Albaugh's Second 7/9/2018 Email to M. White ................................................................. 7

M. White 7/9/2018 Email to M. Albaugh ................................................................................. 8

M. Albaugh's Third 7/9/2018 Email to M. White ....................................................................9

Respectfully submitted,

*/s/ Jessica M. Lindemann*
Meredith Thornburgh White [28094-49]
Jessica M. Lindemann [31058-49]
J.T. Larson [31392-29]
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Meredith.white@btlaw.com
Jessica.lindemann@btlaw.com
JT.Larson@btlaw.com

*Attorneys for Defendants Teladoc, Inc. and HY Holdings, Inc. d/b/a Healthiest You*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on this 29th day of August, 2018. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

*/s/ Jessica M. Lindemann*

DMS 13208617v1