UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEY BENEFIT ADMISTRATORS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-02051-JMS-MPB |
| | ) |
| TELEADOC, INC., | ) |
| HY HOLDINGS, INC., d/b/a Healthiest You, | ) |
| | ) |
| Defendants. | ) |

## ORDER REFERRING MOTION

On August 23, 2018, Defendants filed a Motion To Enforce Settlement Agreement dkt. [23]. United States Magistrate Judge Matthew Brookman is hereby designated pursuant to 28 U.S.C. § 636(b)(1)(B) to conduct any necessary hearings and issue a report and recommendation regarding the proper disposition of the motion to enforce.

Date: 1/3/2019

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Matthew Thomas Albaugh
FAEGRE BAKER DANIELS LLP (Indianapolis)
matthew.albaugh@faegrebd.com

Amy Grewal Dunn
FAEGRE BAKER DANIELS LLP (Indianapolis)
amy.dunn@FaegreBD.com

David K. Herzog
FAEGRE BAKER DANIELS LLP (Indianapolis)
david.herzog@faegrebd.com

Joel Thaddeus Larson, Jr.
BARNES & THORNBURG, LLP (Indianapolis)
Joel.Larson@btlaw.com

Jessica M. Lindemann
BARNES & THORNBURG, LLP (Indianapolis)
jessica.lindemann@btlaw.com

Meredith Thornburgh White
BARNES & THORNBURG, LLP (Indianapolis)
mwhite@btlaw.com