UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KEY BENEFIT ADMINISTRATORS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-2051-JMS-MPB |
| TELADOC, INC. and HY HOLDINGS, INC. d/b/a HEALTHIEST YOU | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Key Benefit

Administrators, Inc., and Defendants Teladoc, Inc. and HY Holdings, Inc. d/b/a Healthiest You,

by counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned

case in its entirety, including all claims that were brought or that could have been brought, and

with each party to bear its own fees, costs, and expenses.

Dated: January 22, 2018                                   Respectfully submitted,

| | |
|---|---|
| */s/ Matthew T. Albaugh* <br> David K. Herzog (#8021-49) <br> Matthew T. Albaugh (#23293-49) <br> Amy G. Dunn (#34428-29) <br> 300 N. Meridian Street, Suite 2700 <br> Indianapolis, IN 46204 <br> Tel: 317-237-0300 <br> Fax: 317-237-1000 <br> David.Herzog@FaegreBD.com <br> Matthew.Albaugh@FaegreBD.com <br> Amy.Dunn@FaegreBD.com <br><br> *Attorneys for Plaintiff Key Benefits Administrators, Inc.* | *s/ Jessica M. Lindemann* <br> Meredith Thornburgh White [28094-49] <br> Jessica M. Lindemann [31058-49] <br> J.T. Larson [31392-29] <br> BARNES & THORNBURG LLP <br> 11 S. Meridian Street <br> Indianapolis, IN 46204 <br> Telephone: (317) 236-1313 <br> Meredith.white@btlaw.com <br> Jessica.lindemann@btlaw.com <br> JT.Larson@btlaw.com <br><br> *Attorneys for Defendants Teladoc, Inc. and HY Holdings, Inc. d/b/a Healthiest You* |

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on this 22nd day of January, 2018.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Jessica M. Lindemann

DMS 13068329v1